### Textron, Inc. *v.* Froelich, Appellant.

Argued April 14, 1971. *George F. Taylor,* with him *Tucker, Arensberg & Ferguson,* for appellant; *John K. Tabor,* with him *Allan McClain,* and *Kirkpatrick, Lockhart, Johnson & Hutchinson,* for appellee.

OPINION PER CURIAM: AND NOW, this 30th day of June, 1971, it appearing that the court en banc of the

lower court which heard the argument on the exceptions filed to the trial court's order consisted of two judges who were divided in their opinion, the order of the lower court is vacated and the case is remanded to the lower court for reargument and reconsideration before a court en banc properly constituted.